IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ARTICE PRINCESS HARGROVE , *

Plaintiff, *

v. * Case No. 5:25-cv-00159-MTT-CHW

COMMISSIONER OF SOCIAL SECURITY, *

Defendant. *

**JUDGMENT**

Pursuant to this Court's Order dated August 18, 2026, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk